*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-09-00648-CV

Daniel **GARZA** and Lynn Garza,
Appellants

v.

Jesse **FLORES** III,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 09-01-47730CV
Honorable Richard C.Terrell, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed: December 9, 2009

DISMISSED FOR WANT OF PROSECUTION

On October 26, 2009, the trial court clerk filed a notification of late record, stating that the

appellants had failed to pay or make arrangements to pay the fee for preparing the clerk's record. We,

therefore, ordered appellants to provide written proof to this court within ten days of the date of the

order that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's

fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if

appellants failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellants failed to respond. Therefore, we dismiss this appeal for want of prosecution.


PER CURIAM